DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELECIA C. MOORE,**
Appellant,

v.

**ARCH BAY HOLDINGS, LLC,** Series 2009B,
Appellee.

No. 4D16-3042

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 09-58732CACE(11).

Catherine A. Riggins, Miami, for appellant.

Ira Scot Silverstein of Ira Scot Silverstein, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***